UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DARRELL M. STEWART,                               :
                                                  :
    Plaintiff.                                   :   Civil Action
v.                                                :   No. 04-11228-GAO
                                                  :
INDEVUS PHARMACEUTICALS, INC., F/K/A              :
INTERNEURON PHARMACEUTICALS, INC.;                :
WYETH, INC., F/K/A AMERICAN HOME                  :
PRODUCTS CORPORATION; WYETH                       :
PHARMACEUTICALS, INC F/K/A WYETH-                 :
AYERST PHARMACEUTICALS, INC., A                   :
DIVISION OF AMERICAN HOME PRODUCTS                :
CORPORATION; AND BOEHRINGER                       :
INGELHEIM PHARMACEUTICALS, INC.,                  :
                                                  :
    Defendants.                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

        Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 28, 2004                              Respectfully submitted,
      Boston, Massachusetts
                                                  /s/Matthew J. Matule
                                                  Matthew J. Matule (BBO #632075)
                                                  SKADDEN, ARPS, SLATE,
Of Counsel:                                          MEAGHER & FLOM LLP
Barbara Wrubel                                    One Beacon Street
Katherine Armstrong                               Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                             (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                    Counsel for Defendant
                                                  Boehringer Ingelheim Pharmaceuticals, Inc.