UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------- x
DARRELL M. STEWART,                 :
                                    :
    Plaintiff.                     :   Civil Action
v.                                  :   No. 04-11228-GAO
                                    :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.;  :
WYETH, INC., F/K/A AMERICAN HOME    :
PRODUCTS CORPORATION; WYETH         :
PHARMACEUTICALS, INC F/K/A WYETH-   :
AYERST PHARMACEUTICALS, INC., A     :
DIVISION OF AMERICAN HOME PRODUCTS  :
CORPORATION; AND BOEHRINGER         :
INGELHEIM PHARMACEUTICALS, INC.,    :
                                    :
    Defendants.                    :
----------------------------------- x

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

    Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated:  June 28, 2004                                          Respectfully submitted,
      Boston, Massachusetts

                                                      /s/Matthew J. Matule
                                                      Matthew J. Matule (BBO #632075)
                                                      SKADDEN, ARPS, SLATE,
Of Counsel:                                                      MEAGHER & FLOM LLP
Barbara Wrubel                                                 One Beacon Street
Katherine Armstrong                                            Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                                          (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                                 Counsel for Defendant
                                                      Boehringer Ingelheim Pharmaceuticals, Inc.